AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___BBQ Trapp Haus, LLC_____

was received by me on *(date)* October 26, 2021_____.

☐ I personally served the summons on the individual at *(place)*_____

_____ on *(date)* _____ ; or

☐ I served the summons at the individual's residence or usual place of abode upon _____

_____, a person of suitable age and discretion, who resides with them at _____

_____ on *(date)* _____ , or

☒ I served the summons on *(name of individual)* __Phil Johnson_____, who is

designated by law to accept service of process on behalf of  at *(name of organization)* _Trapp Haus BBQ_____

at _511 E Roosevelt Street, Phoenix, AZ 85004_____on *(date)* October 28, 2021 at 11:11am__ ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify):*



My fees are $ ___10.00_____ for travel and $ ___44.40_____ for services, for a total of $ ___54.40_____ .

I declare under penalty of perjury that this information is true.

Date: ___October 28, 2021_____

_____
*Server's signature*

Mark Hepp (#7803)/ LegalServe
_____
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
_____
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.