AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Phil Johnson__
was received by me on *(date)* __October 26, 2021__.

☒ I personally served the summons on the individual at *(place)* __Trapp Haus BBQ 511 E Roosevelt Street, Phoenix, AZ 85004__ on *(date)* __October 28, 2021 at 11:11am__; or

☐ I served the summons at the individual's residence or usual place of abode upon _____, a person of suitable age and discretion, who resides with them at _____ on *(date)* _____, or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of at *(name of organization)* _____ at _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ __10.00__ for travel and $ __44.40__ for services, for a total of $ __54.40__.

I declare under penalty of perjury that this information is true.

Date:  __October 28, 2021__

*Server's signature:* Mark A Hepp

Mark Hepp (#7803)/ LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.