AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sunny Johnson__

was received by me on *(date)* __October 26, 2021__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I served the summons at the individual's residence or usual place of abode upon _____
_____, a person of suitable age and discretion, who resides with them at _____
_____ on *(date)* _____ , or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of at *(name of organization)* _____
at _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____

☒ Other *(specify):*  10.28.21 at 11:11am at Trapp Haus BBQ located at 511 E Roosevelt Street, Phoenix, AZ 85004. While serving Phil Johnson on behalf of himself and BBQ Trapp Haus, LLC, Phil stated he was authorized to accept the legal documents for his spouse, Sunny Johnson, and took the documents from me.

My fees are $ __10.00__ for travel and $ __44.40__ for services, for a total of $ __54.40__.

I declare under penalty of perjury that this information is true.

Date:  October 28, 2021

*Server's signature*

Mark Hepp (#7803)/ LegalServe

*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233

*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.