Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **James Pablo**, an Arizona resident; and **Destiny Lora**, an Arizona resident; <br><br>Plaintiffs, <br><br>v. <br><br>**BBQ Trapp Haus, LLC,** an Arizona company; **Phil Johnson,** an Arizona resident; and **Sunny Johnson,** an Arizona resident; <br><br>Defendants. | Case No. 2:21-CV-01800-MTM <br><br>**NOTICE OF SERVICE** <br><br>**(Assigned to the Hon. Michael T. Morrissey)** |

Notice is hereby given that on December 9, 2021, Plaintiffs, by and through undersigned counsel, served via electronic mail, Plaintiffs' First Set of Requests for Non-Uniform Interrogatories, First Set of Requests for Admissions, and First Set of Requests for Production on counsel for Defendants.

DATED December 9, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiffs08

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke